Sean P. Nalty (SBN 121253)
sean.nalty@ogletreedeakins.com
Shivani Nanda (SBN 253891)
shivani.nanda@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendants
AMERICAN NATIONAL INSURANCE COMPANY
and RAJESHVAR SINGH

Michael C. Cohen (SBN 65487)
John Holman (SBN 176947)
johnholman99@yahoo.com
LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA  94612
Telephone:    510.832.6436

Attorneys for Plaintiffs
ANTHONY WALKER and PAMELA WALKER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| ANTHONY WALKER, PAMELA WALKER,<br><br>            Plaintiffs,<br><br>     v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY, RAJESHVAR SINGH, DOES 1 to 10,<br><br>            Defendants. | Case No. 3:16-cv-06255-HSG<br><br>**STIPULATION AND ORDER TO EXTEND MEDIATION COMPLETION DEADLINE BY 30 DAYS**<br><br>Action Filed:    August 17, 2016<br>Trial Date:      None Set |

1   Plaintiffs Anthony Walker and Pamela Walker and defendant American National Insurance
2   Company ("ANICO") (collectively, "the parties") hereby stipulate as follows:

### STIPULATION

On February 1, 2017, the Court ordered the parties, per their Stipulation and Proposed Order Selecting ADR Process, to complete mediation within a 90 day presumptive deadline. (Docket Nos. 26, 27). On February 22, 2017, the ADR Clerk notified the parties that John Barg was assigned as mediator to this case. (Docket No. 31). On March 9, 2017, the parties participated in a pre-mediation phone conference with Mr. Barg and tentatively scheduled a mediation session for May 1, 2017. (Docket Nos. 32). Due to scheduling conflicts, ANICO is unable to attend the mediation session on May 1, 2017. The parties, through counsel, met and conferred regarding potential alternative dates in May 2017 to complete the mediation. The parties notified Mr. Barg of ANICO's unavailability, and Mr. Barg is willing to discuss a new mediation date in May 2017, if the Court extends the current May 2, 2017 deadline. The parties therefore respectfully request that the Court extend the mediation completion deadline by 30 days.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: March 22, 2017            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Shivani Nanda*
    Shivani Nanda

Attorneys for Defendant AMERICAN NATIONAL INSURANCE COMPANY

DATED: March 22, 2017            LAW OFFICES OF MICHAEL C. COHEN

By: */s/ John Holman*
    John Holman

ATTORNEYS FOR Plaintiffs ANTHONY WALKER and PAMELA WALKER

**ORDER**

Based on the Stipulation of the parties, the mediation completion deadline currently set for May 2, 2017 is hereby extended to June 2, 2017.

**IT IS SO ORDERED**

DATED:  March 22, 2017

Honorable Haywood S. Gilliam, Jr.
United States District Judge